**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ADT, LLC
1501 W. Yamato Road
Boca Raton, FL 33431

9590 9402 2093 6132 3824 74

2. Article Number (Transfer from service label)

7016 2710 0000 0754 1159

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

1:22-cv-117 L.R.4.2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70162710000007541159

Remove ✕

Your item was picked up at a postal facility at 7:31 am on May 13, 2022 in BOCA RATON, FL 33431.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Individual Picked Up at Postal Facility

May 13, 2022 at 7:31 am
BOCA RATON, FL 33431

Get Updates ⌄

---

Text & Email Updates                                                ⌄

---

Tracking History                                                    ⌄

---

USPS Tracking Plus®                                                 ⌄

---

Product Information                                                 ⌄

---

See Less ⌃

## Can't find what you're looking for?